UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED SERVICES AUTOMOBILE ASSOCIATION,
GARRISON PROPERTY & CASUAL TY INSURANCE
COMPANY, USAA CASUAL TY INSURANCE
COMPANY, USAA GENERAL INDEMNITY
COMPANY

**Docket No. 1:24-cv-03469 (LB)**

                Plaintiff(s),

**CERTIFICATE OF DEFAULT**

   -against-

RAFAEL ANTONIO DELACRUZ-GOMEZ M.D.,
RAFAEL ANTONIO DELACRUZ-GOMEZ M.D. (A
sole Proprietorship), HEALTH CHOICE NY MEDICAL
P.C., URBAN CHOICE MEDICAL CARE, P.C., TIME
TO GARF: MEDICAL, P.C., JOHN AND JANE DOES

                Defendant(s).
------------------------------------------------------------------------X

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant, **Urban Choice Medical P.C.,** has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant, **Urban Choice Medical P.C.,** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:          , New York

          , 20_____

                                       BRENNA B. MAHONEY, Clerk of Court

                    By: _____
                              Deputy Clerk