UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED SERVICES AUTOMOBILE ASSOCIATION,
GARRISON PROPERTY & CASUAL TY INSURANCE
COMPANY, USAA CASUAL TY INSURANCE
COMPANY, USAA GENERAL INDEMNITY
COMPANY

                           Plaintiff(s),

  -against-

RAFAEL ANTONIO DELACRUZ-GOMEZ M.D.,
RAFAEL ANTONIO DELACRUZ-GOMEZ M.D. (A
sole Proprietorship), HEALTH CHOICE NY MEDICAL
P.C., URBAN CHOICE MEDICAL CARE, P.C., TIME
TO CARE MEDICAL, P.C., JOHN AND JANE DOES

                           Defendant(s).
-----------------------------------------------------------------------X

**REQUEST FOR
CERTIFICATE OF
DEFAULT**

**Docket No. 1:24-cv-03469
(LB)**

To:   BRENNA B. MAHONEY, CLERK OF COURT
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant, **Urban Choice Medical Care, P.C.**, pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this

action as fully appears from the court file herein and from the attached affirmation of Vincent F.

Gerbino, Esq.

Dated: Melville, NY
       July 1, 2024

                          **BRUNO, GERBINO & SORIANO &
                          AITKEN, LLP**

           BY:  *Vincent F. Gerbino*

                   Vincent F. Gerbino, Esq.
                   *Attorneys for Plaintiffs*
                   445 Broad Hollow Road, Suite 420
                   Melville, NY 11747-3601
                   (631) 390-0010