**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------------X

UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*,

                    Plaintiffs,                    Index No. 1:24-cv-03469 (LB)

   -against-

RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D., *et al.*,

                  Defendants.
------------------------------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is dismissed and discontinued with prejudice pursuant to the Federal Rules of Civil Procedure 41(a).

| | |
|---|---|
| **BRUNO, GERBINO & SORIANO & AITKEN, LLP** | **THE RYBACK FIRM, PLLC** |
| By: *Vincent F. Gerbino* | By: *Michael Kroopnick* |
|     VINCENT F. GERBINO, ESQ. |     MICHAEL KROOPNICK, ESQ. |
|     *Attorneys for Plaintiffs* |     *Attorney for Defendants* |
|     445 Broad Hollow Road, Suite 420 |     1810 Voorhies Avenue, 3rd Floor, Ste. 7 |
|     Melville, New York 11747-4712 |     Brooklyn, New York 11235 |
|     Phone: (631) 390-0010 |     Phone: (718) 975-2035 |

**SO ORDERED:**

_____
1:24-cv-03469